## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JANE DOE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   NO. 13-cv-749 JPG/DGW |
| | ) |
| **CITY OF EAST ST. LOUIS,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: July 8, 2014**          **JUSTINE FLANAGAN, Acting Clerk of Court**
                                                     s/ *Jessica L. Robertson, Deputy Clerk*


**Approved:**     *s/J. Phil Gilbert*
                          **J. PHIL GILBERT**
                          **DISTRICT JUDGE**